

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00148-CR

_____

CARLOS OMAR CASILLAS AKA CARLOS OMAR CASILLAS PADILLA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1725959

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Carlos Omar Casillas, aka Carlos Omar Casillas Padilla, was convicted by the 8th Judicial District Court of Hopkins County in this case of possession of child pornography[1] and assessed punishment of ten years' imprisonment. This case was tried with seven companion cases, which are the subject of other appeals pending before this Court.[2] Casillas filed a single, consolidated brief covering all eight appeals in which he contends (1) that his trial counsel gave him ineffective assistance of counsel and (2) that the trial court erred in assessing a criminal technology fee.

The argument raised in this appeal is based exclusively on the argument brought before this Court in the companion appeal styled *Casillas v. State*, cause number 06-17-00147-CR. In our opinion of this date disposing of that appeal, we found that (1) Casillas has not shown that his trial counsel gave him ineffective assistance and (2) the trial court was authorized to assess costs for a criminal technology fee. For the reasons set out in that opinion, we overrule Casillas' issues as they apply to this appeal.

We affirm the judgment of the trial court.

Ralph K. Burgess
Justice

Date Submitted:     November 3, 2017
Date Decided:       November 8, 2017

Do Not Publish

---

[1]*See* TEX. PENAL CODE ANN. § 43.26(a) (West 2016).

[2]In his companion cases, 06-17-00147-CR, 06-17-00149-CR, 06-17-00150-CR, 06-17-00151-CR, 06-17-00152-CR, 06-17-00153-CR, and 06-17-00154-CR, Casillas appeals from his convictions for seven additional counts of possession of child pornography.